UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 13-10952
Patricia McAllister )
)
) Chapter: 13
)
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

## ORDER MODIFYING CONFIRMED PLAN

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY CONFIRMED PLAN, this Court having jurisdiction and due notice being given to all parties in interest, this Court orders that Debtor's plan be modified as follows:

1. The default is waived,
2. The Chapter 13 plan base is reduced to $37,650,
3. The dividend to general unsecured creditors is reduced to not less than 18%, and
4. The Chapter 13 plan payment is reduced to $350 per month.

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: January 09, 2017

**Prepared by:**

Ashley Chike
Geraci Law, L.L.C.
55 E. Monroe # 3400
Chicago, IL 60603
Ph: 312-332-1800
ndil@geracilaw.com